# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2881 Disciplinary Docket No. 3 |
| | : |
| | : No. 59 DB 2022 |
| Petitioner | : |
| | : Attorney Registration No. 75426 |
| v. | : |
| | : (Delaware County) |
| CHRISTOPHER P. FLANNERY, | : |
| | : |
| Respondent | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is **GRANTED**, and Christopher P. Flannery is suspended on consent from the Bar of this Commonwealth for a period of six months. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board.  *See* Pa. R.D.E. 208(g).